AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Ania Costa, on behalf of herself and others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> Integrity Recovery Management LLC and Perfection Collection, LLC, <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )    19-cv-21994-JEM <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Integrity Recovery Management LLC
c/o LegalCorp Solutions, LLC
2831 St. Rose Parkway, Suite 200-400
Henderson, NV 89052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Jesse S. Johnson
    Greenwald Davidson Radbil PLLC
    7601 N. Federal Hwy., Suite A-230
    Boca Raton, FL 33487
    jjohnson@gdrlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 17, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Janier Arellano
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Ania Costa, on behalf of herself and others similarly situated, | Summons In A Civil Action<br>Case No.  19-cv-21994-JEM |
| Plaintiff(s),<br>v. | AFFIDAVIT OF SERVICE RE:<br>Integrity Recovery Management LLC |
| Integrity Recovery Management LLC and Perfection Collection, LLC, | c/o LegalCorp Solutions, LLC as Registered Agent |
| Defendant(s), | |

JENNIFER GUINN, NV Process Servers License # 931, being duly sworn says:  That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made.

That, affiant received the SUMMONS IN A CIVIL ACTION, COMPLAINT - CLASS ACTION JURY TRIAL DEMANDED, EXHIBIT A, ORDER REQUIRING PARTIES TO MEET AND FILE SCHEDULING REPORT AND PROPOSED ORDER AND DIRECTING PARTIES TO FILE CERTIFICATES OF INTERESTED PARTIES INCLUDING EXHIBITS, on the 30TH day of MAY, 2019, and served the same on the 31ST day of MAY, 2019 by:

Serving INTEGRITY RECOVERY MANAGEMENT, LLC THROUGH IT'S REGISTERED AGENT, LEGALCORP SOLUTIONS, LLC by personally delivering and leaving a copy of the documents with LISA RICHARDSON, Front Desk Receptionist who was authorized to accept paperwork for LegalCorp Solutions LLC.  Accepted at 2:10 pm at 2831 St. Rose Pkwy Suite 400, Henderson, NV 89052.  A signed Receipt of Service is included.  Our fee for service is $ 65.00.

COMPLETE ONE OF THE FOLLOWING:

    (a) If executed in the state: "I declare under penalty of perjury that the foregoing is true and correct."

*Jennifer Guinn*

AB Quicksilver Court Services LLC
Jennifer Guinn, Licensee
1489 W. Warm Springs Rd # 110
Henderson, NV 89014
702-438-5409 NV PS LIC 931

    (b) If executed outside of this state: "I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct."

AB Quicksilver Court Services LLC
Jennifer Guinn, Licensee
1489 W. Warm Springs Rd # 110
Henderson, NV 89014
702-438-5409 NV PS LIC 931

Executed this 31ST day of MAY, 2019